■ COUNTY OF BROOME, Respondent, v JOSEPH P. CONTE, Appellant. — Appeal from an order and judgment of the Supreme Court at Special Term (Zeller, J.), entered September 8, 1983 in Broome County, which, *inter alia,* granted plaintiff's motion for summary judgment declaring a vacancy in the office of Broome County Commissioner of Elections. ¶ Order and judgment affirmed, with costs, upon the opinion of Justice Howard A. Zeller at Special Term (120 Misc 2d 1050). Mahoney, P. J., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.

■ CABRINI MEDICAL CENTER, Appellant, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents. — Appeal from that part of an order of the Supreme Court at Special Term (Hughes, J.), entered October 21, 1983 in Albany County, which converted plaintiff's declaratory judgment action into a CPLR article 78 proceeding in the nature of mandamus to compel defendants to promptly determine plaintiff's administrative appeals. ¶ Order affirmed, with costs, upon the opinion of Justice Harold J. Hughes at Special Term. Mahoney, P. J., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.